No. 00–5655. FINK v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 00–5656. HUNTER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–5657. GUANIPA v. PARKS, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–5663. MERCERY-BEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–5668. MARIN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5672. RIVERA-QUINTANA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–5676. WILLIAMS v. BUREAU OF PRISONS ET AL. C. A. D. C. Cir. Certiorari denied.

No. 00–5683. STARKE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–5690. CABRERA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–5691. CLARK v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–5693. HUFF v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 00–5696. FALKIEWICZ v. CITY OF WESTLAND ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–5698. GARRETT v. SNYDER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–5700. FAULKIN v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–5705. HOWARTH v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.